**FILED**

2010 APR 14 P 12: 00

E-filing

1  Christopher A. Carr (#44444)
   ccarr@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN
   CAMPBELL & TRYTTEN LLP
3  199 South Los Robles Avenue, Suite 600
   Pasadena, CA 91101
4  T: 626.535.1900  F: 626.577.7764

5  Attorneys for Defendant
   WACHOVIA MORTGAGE, a division
6  of Wells Fargo Bank, N.A., f/k/a
   Wachovia Mortgage, FSB ("Wachovia")
7

8

                UNITED STATES DISTRICT COURT
9
                NOTHERN DISTRICT OF CALIFORNIA
10

11                                          **CV  10  1596**

12  TANYA DENNIS,                      CASE NO.:

           Plaintiff,                  CERTIFICATE OF INTERESTED
13                                      ENTITIES OR PERSONS BY
       vs.                             DEFENDANT WACHOVIA
14
   WACHOVIA BANK, FSB; WELLS FARGO
15  BANK, N.A. and JOHN AND JANE DOES 1 –
   5, inclusive,
16

17         Defendants.

18

19  TO THE CLERK OF THE ABOVE-ENTITLED COURT AND THE HONORABLE UNITED

20  STATES DISTRICT JUDGE, AS ASSIGNED:

21         The undersigned, on behalf of Defendant Wachovia Mortgage, a division of Wells Fargo

22  Bank, N.A., f/k/a Wachovia Mortgage, FSB hereby certifies that the following listed persons,

23  associations of persons, firms, partnerships corporations (including parent corporations) or other

24  entities (i) have a financial interest in the subject matter in controversy or in a party to the

25  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

26  substantially affected by the outcome of this proceeding:

27         1.    Defendant Wachovia Mortgage, f/k/a Wachovia Mortgage, FSB, is now a

28  division of Wells Fargo Bank, N.A.

**ORIGINAL**

J:\DOCS\95451.293\NTC OF INTERESTED PARTIES-197073.DOC

1          2.          Wells Fargo Bank, N.A., has as its parent Wells Fargo & Co, a publicly

2     traded entity.

3

4                                                              Respectfully submitted,

5     Dated: April 9, 2010                      ANGLIN, FLEWELLING, RASMUSSEN,
                                                                  CAMPBELL & TRYTTEN LLP
6

7                                                              By: _____
                                                                  Christopher A. Carr
8                                                                 ccarr@afrct.com
                                                                  Attorneys for Defendant,
9                                                                 WACHOVIA MORTGAGE, a division of Wells
                                                                  Fargo Bank, N.A., f/k/a Wachovia Bank, FSB
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED ENTITIES OR
PERSONS BY DEFENDANT WACHOVIA

1

## CERTIFICATE OF SERVICE

2

3    I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

4

5    On the date below, I served a copy of the following document(s):

6    **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT WACHOVIA**

7

8    on all interested parties in said case addressed as follows:

9    Served Electronically via Court's CM/ECF System:

10    **Served by Other Means:**
         *Pro Se*

11

12    Tanya D. Dennis
         2027 Woolsey Street

13    Berkeley, California 94703

14    *Tel: 510.638.2077*

15    ☒    **BY MAIL:**  By placing the envelope for collection and mailing following our ordinary

16    business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and

17    mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

18

19    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the

20    Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **April 13, 2010.**

21

22    ___Helene Saller___                                   _____
            (Print name)                                              (Signature)

23

24

25

26

27

28