IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA DENNIS,<br><br>      Plaintiff,<br><br>  v.<br><br>WACHOVIA BANK, FSB, et al.,<br><br>      Defendants.                       / | No. 10-01596 CW<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE |

    On August 18, 2010, Plaintiff filed a "Motion to Consolidate State Unlawful Detainer Action Case No: BH10517115."  This motion is an improper attempt to remove to federal court the unlawful detainer action filed against her in state court.  This Court has no jurisdiction to "consolidate" a federal case with a state case.  Accordingly, the Court denies Plaintiff's motion.  Docket No. 30.

    IT IS SO ORDERED.

Dated: 08/27/10

                                                            CLAUDIA WILKEN<br>
                                                            United States District Judge