1  Christopher A. Carr (#44444)
2  ccarr@afrct.com
   ANGLIN, FLEWELLING, RASMUSSEN,
3  CAMPBELL & TRYTTEN LLP
   199 S. Los Robles Avenue, Suite 600
4  Pasadena, California  91101-2459
   Tel: (626) 535-1900, Fax: (626) 577-7764
5

6  Attorneys for Defendant
   WACHOVIA MORTGAGE, now a
7  division of Wells Fargo Bank, N.A.

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT COURT OF CALIFORNIA

10

11 | TANYA D. DENNIS,              | CV10-01596-CW
12 |                  Plaintiff,   |
13 |     vs.                       | ORDER GRANTING WACHOVIA
                                     MORTGAGE PERMISSION TO APPEAR
                                     TELEPHONICALLY AT THE OCTOBER 6,
14 | WACHOVIA BANK, N.A., et al.   | 2010 SETTLEMENT CONFERENCE
15 |                  Defendants.  | Date:      October 6, 2010
16 |                               | Time:      10:00 a.m.
                                     Courtroom: 4, 3rd Floor
17

18

19     The Court, having read and considered the September 13, 2010, letter request of counsel

20 for defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as

21 Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB to have counsel appear

22 in person and Wachovia Mortgage's representative appear telephonically at the settlement

23 conference scheduled for October 6, 2010, at 10:00 a.m. in Courtroom 4 of the above-entitled

24 Court; hereby grants permission for Wachovia Mortgage to appear telephonically.

25     IT IS SO ORDERED:

26

27     Dated: _September 15_____, 2010      _____
                                                HON. LAUREL BEELER
28                                              UNITED STATES MAGISTRATE JUDGE