UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TANYA D. DENNIS,<br><br>        Plaintiff,<br><br>   vs.<br><br>WACHOVIA BANK, FSB, WELLS FARGO BANK, N.A. and JOHN AND JANE DOES 1-5,<br><br>        Defendants. | CASE NO.:  CV10 1596 CW<br><br>**ORDER TAKING MANDATORY SETTLEMENT CONFERENCE OFF CALENDAR** |

     The Court has considered the declaration filed this date by Christopher A. Carr regarding the fact a bankruptcy proceeding was recently filed by plaintiff herein.  Based upon the existence of that bankruptcy, the court hereby orders that the previously ordered Settlement Conference, set for 10:00 a.m., October 6, 2010 in the courtroom of Magistrate Judge Laurel Beeler, be continued.


Dated:  October 5, 2010

                            _____
                                 Hon. Claudia Wilken