1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

| | |
|---|---|
| 11  TANYA D. DENNIS, | CASE NO.:  CV10 1596 CW |
| 12                     Plaintiff, | |
| 13      vs. | **ORDER TAKING MANDATORY SETTLEMENT CONFERENCE OFF CALENDAR** |
| 14  WACHOVIA BANK, FSB, WELLS FARGO BANK, N.A. and JOHN AND JANE DOES 1-5, | |
| 15 | |
| 16 | |
| 17                     Defendants. | |

18       The Court has considered the declaration filed this date by Christopher A. Carr regarding
19   the fact a bankruptcy proceeding was recently filed by plaintiff herein.  Based upon the existence
20   of that bankruptcy, the court hereby orders that the previously ordered Settlement Conference, set
21   for 10:00 a.m., October 6, 2010 in the courtroom of Magistrate Judge Laurel Beeler, be
22   continued.
23

24   Dated:  October 5, 2010

25                                                                 _____
26                                                                          Hon. Claudia Wilken
27
28