IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA DENNIS,<br><br>        Plaintiff,<br><br>   v.<br><br>WACHOVIA BANK, FSB, WELLS FARGO BANK, N.A. and JOHN AND JANE DOES 1-5,<br><br>        Defendants.<br>_____/ | No. 10-cv-01596 CW<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br>(Docket No. 42) |

   On October 14, 2010, Defendants in this case filed a motion for summary judgment on Plaintiff's claims. Docket No. 42. The hearing on that motion was scheduled for November 18, 2010 at 2:00 pm. Thus far, Plaintiff has not filed any response to this motion. Local Rule 7-3 for this Court requires the filing of an opposition to a motion no less than twenty-one days before the hearing date.

   The Court orders Plaintiff to respond to Defendant's motion for summary judgment by November 18, 2010, or her lawsuit may be dismissed for failure to prosecute. Defendant's reply is due November 29, 2010. The hearing and case management conference scheduled for November 18, 2010 are vacated.

   IT IS SO ORDERED.

Dated: 11/4/2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DENNIS et al,

        Plaintiff,

v.

WACHOVIA BANK, FSB et al,

        Defendant.

Case Number: CV10-01596 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tanya D. Dennis
2027 Woolsey Street
Berkeley, CA 94703

Dated: November 4, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2