IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA DENNIS,<br><br>    Plaintiff,<br><br>  v.<br><br>WACHOVIA BANK, FSB, WELLS FARGO BANK, N.A. and JOHN AND JANE DOES 1-5,<br><br>    Defendants.<br>_____/ | No. 10-cv-01596 CW<br><br>ORDER DISMISSING PLAINTIFF'S CASE FOR FAILURE TO PROSECUTE |

On October 14, 2010, Defendants filed a motion for summary judgment on Plaintiff's claims. Docket No. 42. The hearing on that motion was scheduled for November 18, 2010 at 2:00 pm. When Plaintiff failed to file a timely opposition, the Court issued an order vacating the hearing date, and ordering Plaintiff to file her response to Defendants' motion by November 18, 2010. Docket No. 43. At that time, the Court warned Plaintiff that if she did not submit a response, the Court could dismiss her suit for failure to prosecute. Plaintiff did not comply with the Court's order. Thus, the Court dismisses Plaintiff's action for failure to prosecute.

IT IS SO ORDERED.


Dated 11/22/2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DENNIS et al,

    Plaintiff,

v.

WACHOVIA BANK, FSB et al,

    Defendant.

Case Number: CV10-01596 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tanya D. Dennis
2027 Woolsey Street
Berkeley, CA 94703

Dated: November 22, 2010

    Richard W. Wieking, Clerk
    By: Nikki Riley, Deputy Clerk

2