IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
TANYA DENNIS,                            No. 10-cv-01596 CW

          Plaintiff,                     ORDER GRANTING
                                         PLAINTIFF'S MOTION
     v.                                  FOR
                                         RECONSIDERATION
WACHOVIA BANK, FSB, WELLS FARGO BANK,
N.A. and JOHN AND JANE DOES 1-5,

          Defendants.
                                    /
```

On November 22, 2010, the Court dismissed Plaintiff's action for failure to prosecute because she missed two deadlines to file her opposition to Defendants' motion for summary judgment. Docket No. 43. Plaintiff now seeks reconsideration of the Court's order dismissing the case. Docket No. 47. Defendant Wachovia Mortgage, a division of Wells Fargo Bank, filed its opposition.

Having reviewed all of the parties' submissions, including the preliminary finding in Plaintiff's forensic loan audit, the Court GRANTS Plaintiff's motion for reconsideration. The Court also orders Plaintiff to respond to Defendants' motion for summary judgment, which she has failed to do thus far. Plaintiff must file

her opposition by December 7, 2010, or the case will be dismissed again for failure to prosecute. Defendants' reply is due fourteen days after Plaintiff files her opposition.

The Court will consider Plaintiff's request for an injunction, which she filed on November 19, 2010. Docket No. 44. The Court orders Defendants to respond to Plaintiff's motion for a preliminary injunction by December 15, 2010. Plaintiff may file a reply by December 29, 2010. The Court will set a hearing date if needed.

IT IS SO ORDERED.

Dated <u>11/30/2010</u>



CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DENNIS et al,

        Plaintiff,

v.

WACHOVIA BANK, FSB et al,

        Defendant.

Case Number: CV10-01596 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tanya D. Dennis
2027 Woolsey Street
Berkeley, CA 94703

Dated: November 30, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3