Tanya D. Dennis
2027 Woolsey Street
Berkeley, CA 94703
(510) 638-2077

**FILED**

DEC 1 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TANYA D. DENNIS, <br><br> Plaintiff, Pro Per <br><br> vs. <br><br> WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD BANK SAVINGS BANK, FSB., and JOHN AND JANE DOES 1-5 <br><br> Defendants | Case No.: C10-01596CW(LB) <br><br> **PLAINTIFF'S AFFIDAVIT IN OPPOSITION TO DEFENDENT'S MOTION FOR SUMMARY JUDGMENT BASED UPON FIFTEEN MATERIAL FACTS IN DISPUTE** <br><br> **EXHIBIT SUBMISSION** <br><br> Judge Claudia Wilken |

Due to Plaintiff's eviction by the Sheriff's on Tuesday, November 7th, Plaintiff was not able to assemble her Affidavit completely and omitted her exhibits which are submitted herein

Respectfully Submitted,

*[signature]*                                                12/12/10
Tanya Dennis

OPPOSITION TO SUMMARY JUDGMENT - 1

| TO (Name and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| Tanya D Dennis<br><br>2027 Woolsey Street<br><br>Berkeley, CA 94703 | Alameda County Sheriff's Office<br>Sheriff's Civil Unit<br>Room 104<br>1225 Fallon St.<br>Oakland, CA 94612 |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br><br>Alameda County Superior - Berkeley<br>2120 Martin Luther King Jr. Wy<br>Berkeley, CA 94704<br>Berkeley Courthouse | (510) 272-6910<br>Fax: (510) 272-6811<br><br>California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF:<br>Wells Fargo Bank NA | COURT CASE NO.:<br><br>BG10517115 |
| DEFENDANT:<br>Tanya D Dennis | |
| **Eviction Restoration Notice** | LEVYING OFFICER FILE NO.:<br><br>2010009651 |

To: Evicted Tenants, Property Owners, Their Agents and The Local Police:

By virtue of a Writ of Execution for Possession of Real Property, the following property was restored to the landlord on:

| **Eviction Date:** | Tuesday, December 07, 2010 |
|---|---|
| **Eviction Address:** | 2027 Woolsey Street<br>Berkeley, CA 94703 |

Pursuant to Penal Code Sections 419 and 602, and judgment debtor, any persons removed by the Sheriff or Marshal, or any person not authorized by the landlord, who enters the real property after eviction, may be subject to arrest.

Pursuant to California Civil Procedure sections 715.010(b)(3) and 715.030, all personal property left on the premises has been turned over to the landlord. The landlord is responsible for the safe keeping of tenant's property for fifteen (15) days from the date of eviction. The landlord may charge a reasonable fee for removal and storage of the property. However, upon demand of the tenant, the landlord must return the tenant's property if the tenant pays all costs incurred by the property owner for storage and maintenance. If the costs are not paid by the tenant and the tenant does not take possession of the property left behind before the end of the fifteen (15) day period, the landlord may either sell the property at public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CCC), if the property is valued at less than $300.00, the landlord may dispose of the property or retain it for his own use. (1174 CCP)



Date: 12 07 10

Gregory J. Ahern
Sheriff-Coroner

By: /CR Cammack #245

Sheriff's Authorized Agent

CPM Form 8.33
07/09/2008 (Revised)

212885

November 10th, 2010

Tanya D. Dennis
2027 Woolsey Street
Berkeley, CA 94703

Ms. Dennis,

Thank you for allowing us to conduct your forensic loan audit. We have already begun to audit the three loans that you have on your property located at 2027 Woolsey Street, Berkeley, CA 94703. We have discovered numerous breaks in the assignments of your first and second mortgages, as well as numerous other violations. Since your first and second mortgages are securitized we will need an additional twenty one days to complete the audit in its entirety. Here are points of reference for you to use in your motions.

Wells Fargo Home Mortgage was not in possession of the mortgage note when they recorded a Notice of Default on December 17th, 2009

World Savings bank did not file any of the proper assignment s for the first or second mortgages when Wells Fargo Home Mortgage became the servicer

Wells Fargo Home Mortgage did not notify the junior lien holders of the NOD and NTS

Both the first mortgage and second mortgages have been securitized with Fidelity Select Biotechnology # 316390772and Fidelity Advisor Global Capital # 751

First mortgage securitized November 2009

Second Mortgage securitized January 2007

Again these are just brief highlights from our research and you will have a full audit as stated above. Please contact us with any questions.

Respectfully,


J.D. Davis
Director
Asset Management Team



AMR Management Group
A DIVISION OF AMR ENTERPRISES

Post Office Box 361476 • Los Angeles, California 90036 • 323.938.9732 office • 323.931.2505 direct • 323.843.9833 fax • jarrelldd@UCLAlumni.net

## AFFIDAVIT

I, J. D. Davis, being duly sworn, do hereby state:

1) I am Director of the Asset Management Team, of AMR Management Group a Division of ARM Enterprises located in Los Angeles California, and have been in that capacity for approximately five years. I have been trained in various positions in the real estate industry for approximately nine years, ranging from land acquisitions, foreclosures, distressed asset liquidation, residential leasing, government contracting, senior housing developments, commercial developments, ,mixed use land developments and real estate sales. I am also qualified to conduct certified forensic loan audits.

2) On or about November 1, 2010, Ms. Tanya D. Dennis hired me to conduct a forensic loan audit on her home located at 2027 Woolsey Street, Berkeley, CA 94703. At that time I discovered numerous breaks in the assignments of her first and second mortgages, as well as numerous other violations.

3) Ms. Dennis' first Mortgage in the amount of $507,000.00 was securitized in November 2009 to HSBC Bank, an in-house transaction that was not properly filed.

4) Ms Dennis' second Mortgage in the amount of $25,000.00 was securitized in January of 2007.

5) The first mortgage was then securitized to Fidelity Advisor Global Capital # 751.

6) The second mortgage has been securitized to Fidelity Select Biotechnology #316390772.

7) Wells Fargo Home Mortgage was not in possession of the mortgage note when they recorded a Notice of Default on December 17, 2009.

8) World Savings bank did not file any of the proper assignments for the first or second mortgages when Wells Fargo Home Mortgage as the servicer

9) Wells Fargo Home Mortgage did not notify the junior lien holder, Valiant Ventures LLC, New Mexico, of the Notice of Default, and the Notice of Trustee Sale. Valiant Ventures LLC holds a $417,000.00 note against the property and were not offered the opportunity to cure this default

Further investigation has determined that based upon the securitization of the first and second, and the break in the chain of title, that Wells Fargo is not the creditor and does not have standing to collect on any debt associated with 2027 Woolsey Street, Berkeley, California 94703.

Based upon the evidence in the Promissory Note and the Deed of Trust, World Savings Bank breached their contract with Ms. Tanya Dennis on November of 2009 and again in January 2007.

I swear under penalty of perjury, fine or imprisonment that all statements in this affidavit are true.

J. D. Davis

November 29, 2010

*J. D. Davis*
Signature

Sworn to before me on the 29th day of November 2010.

_____

Notary

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of **Los Angeles**

On **Nov 29, 2010** before me, **Channa Scott, notary Publ**
(here insert name and title of the officer)

personally appeared **J. Davis AKA Jarrell D. Davis**

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[signature]_
Signature of Notary Public

[Seal: CHANNA SCOTT, COMM. # 1800685, NOTARY PUBLIC-CALIFORNIA, LOS ANGELES COUNTY, MY COMM. EXP. JUNE 7, 2012]

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

**Affidavit**
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages **2** Document Date **Nov 29, 2010**

(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual(s)
- ☐ Corporate Officer
  _____ (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

# AFFIDAVIT

I, J. D. Davis, being duly sworn, do hereby state:

1) I am Director of the Asset Management Team, of AMR Management Group a Division of ARM Enterprises located in Los Angeles California, and have been in that capacity for approximately five years. I have been trained in various positions in the real estate industry for approximately nine years, ranging from land acquisitions, foreclosures, distressed asset liquidation, residential leasing, government contracting, senior housing developments, commercial developments, mixed use land developments and real estate sales. I am also qualified to conduct certified forensic loan audits.

2) On or about November 2nd, 2010, Ms. Tanya D. Dennis hired my firm to begin negations to buy the mortgage notes from the entities that currently held them on her home located at 2027 Woolsey Street, Berkeley, CA 94703.

3) After our research we discovered that her mortgages were held in two different hedge fund's and one by a private investor.

4) We have been negotiating with Victor Thay, and his assistant Ann Victors at Fidelity Advisors since November 2nd, 2010 directly to purchase the first and second mortgage notes.

5) On November 17th, 2010 a formal offer was sent over to purchase the note in the amount of $1,250.00 which was a non performing asset.

5) On Wednesday November 24th, 2010 Ann Victors informed us she received the authorizations from our company and needed a clearer copy for her records.

J. D. Davis

November 29, 2010

_____ Signature

Sworn to before me on the 29th day of November 2010.

_____
Notary

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of Los Angeles

On Nov 29, 2010 before me, Channa Scott, notary public
(here insert name and title of the officer)

personally appeared J.D. Davis AKA Jarrell D. Davis

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Channa Scott_
Signature of Notary Public

[Notary Seal: CHANNA SCOTT, COMM. # 1800685, NOTARY PUBLIC-CALIFORNIA, LOS ANGELES COUNTY, My Comm. Exp. JUNE 7, 2012]

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

Affidavit
(Title or description of attached document)

___
(Title or description of attached document continued)

Number of Pages __1__ Document Date _Nov 29, 2010_
(Additional information)

**CAPACITY CLAIMED BY THE SIGNER**
- [x] Individual(s)
- [x] Corporate Officer
  _Secretary_
  (Title)
- [ ] Partner(s)
- [ ] Attorney-in-Fact
- [ ] Trustee(s)
- [ ] Other ___

### INSTRUCTIONS FOR COMPLETING THIS FORM

Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document.

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of **Los Angeles**

On **Dec 1, 2010** before me, **Channa Scott, notary public**
(here insert name and title of the officer)

personally appeared **J.D. Davis, Jarrell Davis**

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*[Signature of Notary Public]*

**CHANNA SCOTT**
**COMM. # 1800585**
**NOTARY PUBLIC-CALIFORNIA**
**LOS ANGELES COUNTY**
**My Comm. Exp. June 7, 2012**

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

**Affidavit**
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages **2**   Document Date **Dec 1, 2010**

(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☒ Individual (s)
- ☐ Corporate Officer
  _____ (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document.

CAPA v12.10.07 800-873-9865 www.NotaryClasses.com

  

**DOCX Home**
**About DOCX**
**What's Up @ DOCX**
**Contact DOCX**

| Online Services | Downloads | Services | Products |

 **GETNET™ DOCUMENT RECOVERY**

DOCX's GetNet™ Document Recovery solution is a national network of runners that is engaged to provide document recovery, expedited recordation services, title searches, and insurance submissions.

The service is unique in that our clients can request that DOCX obtain any missing recordable documents through this web site through our online GetNet™ Work Order Form. Status of existing projects can also be obtained through our Online Services. We also accept work orders the "old fashioned" way via fax or mail. Upon receipt of the work order, DOCX will access the national network of runners, place the order and follow up to ensure prompt delivery.

GetNet™ was designed to assist mortgage servicers in meeting agency certifications and to avoid costly penalties for filing late satisfaction pieces.

## GetNet™ Features

- A National Network of title runners retains presence in every county jurisdiction nationwide.
- Obtains missing mortgage documents, assignments, title policies and LGC/MICs.
- Expedites recordation by physically walking documents in to county recorder offices.
- Provides title searches to identify mortgage holders.
- Provides online reporting capabilities.

## GETNET™ RATE SHEET

| XCODE | SERVICE | AMOUNT |
|---|---|---|
| INF1 | Obtain PIN Number from Online Public Records | $5.50 + SH |
| INF2 | Obtain from Online Public Records Lot Block or Section | $5.50 + SH |
| INF3 | Obtain Property Address | $5.50 + SH |
| INF4 | Obtain Recorded Mortgage, Book, Page or Instrument Number | $12.95 + TPC |
| INF5 | Obtain Vehicle Identification Number | $12.95 + SH |
| CT01 | Cursory Title Search to Identify Mortgagee of Record | $15.95 + TPC |
| TS01 | Perform Complete Title Search | $15.95 + TPC |
| SI01 | Obtain Copy of Mortgage | $12.95 + TPC |
| SI02 | Cure Defective Mortgage | $12.95 + TPC |
| SI03 | Retrieve Certified Copies of Mortgages | $12.95 + TPC |
| PA01 | Obtain Copy of Power of Attorney or Name Certification | $12.95 + TPC |
| PA02 | Record Power of Attorney | $12.95 + TPC |

| Code | Service | Price |
|---|---|---|
| PA03 | Obtain Clerk Certified Copy of Power of Attorney | $12.95 + TPC |
| IC01 | Obtain Copy of Installment Contract from VA | $15.95 + SH |
| SA01 | Obtain Copy of Subordination Agreement | $15.95 + TPC |
| MA02 | Obtain Copy of Modification | $15.95 + TPC |
| MI01 | Obtain Copy of MIC | $12.95 + SH |
| MI02 | Correct MIC | $12.95 + SH |
| LG01 | Obtain Copy of LGC | $12.95 + SH |
| LG02 | Correct LGC | $12.95 + SH |
| TP01 | Obtain Copy of Title Policy Within 7 years (based on calender year) | $19.95 + TPC |
| TP02 | Correct Existing Title Policy | $19.95 + TPC |
| TP03 | Obtain Copy of Title Policy over 7 years (based on calendar year) | $29.95 + TPC |
| TP04 | Obtain Quotes to Write and Order New Lenders Title Policy | $29.95 + TPC |
| TP05 | Obtain Abstract from Title Company (State of Iowa) | $15.95 + TPC |
| TE02 | Correct Title Policy Endorsement | $15.95 + TPC |
| LN02 | Create Lost Note Affidavit | $12.95 + SH |
| NA01 | Create Note Allonge | $12.95 + SH |
| NC01 | Name Affidavit | $12.95 + SH |
| IA01 | Obtain Copy of Assignment | $15.95 + TPC |
| IA02 | Retrieve Certified Copies of Assignments | $15.95 + TPC |
| IA03 | Create Missing Intervening Assignment | $35.00 + TPC |
| IA04 | Record Prepared Assignments | $12.95 + TPC |
| IA05 | Cure Defective Assignment | $12.95 + TPC |
| IS01 | FHA and VA Mortgage Insurance Submission | $95.00 + TPC |
| UC01 | Retrieving a UCC Package | $15.95 + TPC |
| CF01 | Recreate Entire Collateral File | $95.00 + TPC |
| ER01 | Expedited Recordation: Hand Carry Recordable Documents | $25.00 + TPC |

**Contact DOCX for volume discounts on orders of 200 items or more.**

**TPC =** Third Party Costs include Title Runner, County Jurisdictional, courier and postage costs.

**SH =** Shipping costs.

*The DOCX Service Fee will be invoiced upon receipt of the work order.*

*TPC and SH costs will be billed upon completion of the work order.*
*You can also place orders online at www.docx.com.*

## Getting Started

To get started using the DOCX GetNet Service:

- Complete the **DOCX GetNet™** Service Agreement and obtain a Client ID. **CALL DOCX Marketing at: 888/DOCX-NET 888/362-9638 or email <u>sales@docx.com</u>** for an Agreement and Client ID.
- Once you complete the agreement and obtain a Client ID you can submit **GetNet™ Work Order Forms**. Clients can send work orders via the internet, email, fax, or mail. **CALL DOCX Marketing at: 888/DOCX-NET 888/362-9638 or email <u>sales@docx.com</u>** for a Work Order form, *or* how to submit **GetNet™ Work Order Forms** online.
- Contact **DOCX Support at 800/723-0215 Ext 3014 or email <u>support@docx.com</u>** for requirements and procedures of email and online **GetNet™ Work Order Form**.