IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TANYA D. DENNIS,                                No. C 10-1596 CW

    Plaintiff,                              JUDGMENT

  v.

WACHOVIA BANK, FSB, WELLS FARGO BANK,
N.A., AND DOES 1-5,

    Defendants.
_____/

    For the reasons set forth in this Court's Granting Motion for Summary Judgment and Denying Plaintiff's Motion,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Tanya D. Dennis take nothing, that the action be dismissed on the merits, and that each party bear their own costs of action.

    Dated at Oakland, California, this 20th day of January, 2011.

                                  RICHARD W. WIEKING
                                  Clerk of Court

                      By: _____
                            Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DENNIS et al,

        Plaintiff,

v.

WACHOVIA BANK, FSB et al,

        Defendant.

Case Number: CV10-01596 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tanya D. Dennis
2027 Woolsey Street
Berkeley, CA 94703

Dated: January 20, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk