IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TANYA D. DENNIS,

    Plaintiff,

  v.

WACHOVIA BANK, FSB, WELLS FARGO BANK, N.A., AND DOES 1-5,

    Defendants.
                                      /

No. 10-01596 CW

ORDER DENYING AS MOOT PLAINTIFF'S THIRD REQUEST FOR INJUNCTIVE RELIEF

On January 19, 2011, this Court issued an Order Granting Defendant's motion for summary judgment and denying Plaintiff's two motions for preliminary injunction (docket nos. 44 and 56). On January 20, 2011, judgment was entered in favor of Defendant. On January 19, 2011, Plaintiff filed a document entitled, "Memorandum in Support of Request for Injunctive Relief," (docket no. 76) in which she reiterates the same arguments she made in her two previous motions for injunctive relief. Therefore, this latest motion for injunctive relief is denied as moot.

    IT IS SO ORDERED.

Dated: 1/24/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DENNIS et al,

        Plaintiff,

  v.

WACHOVIA BANK, FSB et al,

        Defendant.

Case Number: CV10-01596 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tanya D. Dennis
2027 Woolsey Street
Berkeley, CA 94703

Dated: January 24, 2011

                                   Richard W. Wieking, Clerk
                                   By: Nikki Riley, Deputy Clerk