IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA D. DENNIS,<br><br>    Plaintiff,<br><br>  v.<br><br>WACHOVIA BANK, FSB, WELLS FARGO BANK, N.A., AND DOES 1-5,<br><br>    Defendants.<br>_____/ | No. 10-01596 CW<br><br>ORDER DENYING AS MOOT PLAINTIFF'S THIRD REQUEST FOR INJUNCTIVE RELIEF |

    On January 19, 2011, this Court issued an Order Granting Defendant's motion for summary judgment and denying Plaintiff's two motions for preliminary injunction (docket nos. 44 and 56).  On January 20, 2011, judgment was entered in favor of Defendant.  On January 19, 2011, Plaintiff filed a document entitled, "Memorandum in Support of Request for Injunctive Relief," (docket no. 76) in which she reiterates the same arguments she made in her two previous motions for injunctive relief.  Therefore, this latest motion for injunctive relief is denied as moot.

    IT IS SO ORDERED.

Dated: 1/24/2011

                                               CLAUDIA WILKEN
                                               United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DENNIS et al,

        Plaintiff,

v.

WACHOVIA BANK, FSB et al,

        Defendant.

Case Number: CV10-01596 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tanya D. Dennis
2027 Woolsey Street
Berkeley, CA 94703

Dated: January 24, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2