UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 17 2011

Tanya D. Dennis )
)
)
)
Plaintiff(s), )
(Petitioner) )
)
-V- )
)
Wachovia Bank, FSB )
)
)
Defendant(s), )
(Respondent) )
)

Civil No. CV 10-01596 CW

USCA # 11-15370

ORDER RE APPEAL IN
FORMA PAUPERIS

Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby ( ) GRANTED    (X) DENIED

IT IS SO ORDERED.

DATED: FEB 17 2011

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TANYA D. DENNIS,

        Plaintiff,

 v.

WACHOVIA BANK, FSB et al,

        Defendant.

Case Number: CV10-01596 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tanya D. Dennis
13763 Campus Drive
Oakland, CA 94605

Dated: February 18, 2011

        Richard W. Wieking, Clerk
        By: Clara Pierce, Deputy Clerk