UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: TANYA D. DENNIS. | No. 11-70111 |
| TANYA D. DENNIS, | D.C. No. 4:10-cv-01596-CW<br>Northern District of California,<br>Oakland |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND, | |
| Respondent, | |
| WACHOVIA BANK, FSB and WELLS FARGO BANK N.A., | |
| Real Parties in Interest. | |

Before: FISHER, BERZON, and BYBEE, Circuit Judges.

Petitioner seeks an order from this court requiring the district court to rule on petitioner's motion for injunctive relief. The district court denied petitioner's motion on January 19, 2011. Accordingly, this petition for a writ of mandamus is denied as moot.

All pending motions are denied as moot.

ec/MOATT

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

**DENIED.**